FILED
2013 Dec-03  PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

PRINCE LEON KNIGHT,         )
                             )

       Petitioner,        )
                             )

v.                       )       7:11-cv-8015-LSC-PWG
                             )       (7:08-cr-0415-LSC-PWG)

UNITED STATES OF AMERICA,   )
                             )

       Respondent.      )

## MEMORANDUM OPINION

The magistrate judge filed a findings and recommendation on November 7, 2013 (Doc. # 13), recommending that the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, be DENIED and DISMISSED with prejudice. The parties were allowed an opportunity in which to file objections. No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.  Accordingly, the petition for writ of habeas corpus is due to be DENIED and DISMISSED with prejudice.  A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 3rd day of December, 2013.


_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
174256